# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2006

Clifford W. Taylor,
Chief Justice

130167

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITIZENS INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                                              SC: 130167
                                              COA: 254466
                                              Kent CC: 03-003717-NZ

F.C. SCHOLZ, III, and BULTSMA
EXCAVATING INC.,
              Defendants-Appellees,

and

HOONHORST CONCRETE, INC.,
              Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p0424